# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

**FILED** JUL 09 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: United States vs. Douglas Kiffmeyer
AT:

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name): Douglas Kiffmeyer

1. ☑ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court: 18-30111-MJR
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
Wire Fraud x2
Failure to Timely File Tax Returns x14
Engaging in a Cash Transaction over 10K derived from Wire Fraud

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer: Disability Payments Monthly
IF YES, how much do you earn per month? $1100
IF NO, give month and year of last employment
How much did you earn per month $_____
If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: 
SOURCES: Δ believes less than 10K
Δ Expects a settlement for a Back Surgery

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No   IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
VALUE | DESCRIPTION
Hangover Joes Energy Stock - Δ unsure of value of the stocks
X-Factor - Stock
Ultimate Innovative Design - Stock

(side note: I Dream Inc. unsure of value; Digital Trigger Technologies Δ owns 50% - 65%)

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them:
Grace 17 yrs. old
Cole 15 yrs. old

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Rent | $ | $200.00 |
| | Phone | $ | $50.00 |
| | Car | $50.00 | |
| | Gas | $ | $50.00 |
| | Loan | $ | $300-400.00 |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): Doug J. Kiffmeyer
Date: 07/09/2018

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT...